Jonathan G. Fetterly (State Bar No. 228612)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorney for Plaintiffs
ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; EMI CHRISTIAN MUSIC GROUP INC.; FONOVISA, INC.; LAFACE RECORDS LLC; LAVA RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; ZOMBA RECORDING LLC; and INTERSCOPE RECORDS

FILED
08 AUG 28 AM 10: 44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; EMI CHRISTIAN MUSIC GROUP INC., a California corporation; FONOVISA, INC., a California corporation; LAFACE RECORDS LLC, a Delaware limited liability company; LAVA RECORDS LLC, a Delaware limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; and INTERSCOPE RECORDS, a California general partnership,

    Plaintiffs,

    vs.

DOES 1 - 37,

    Defendants.

Case No.: 08 CV 1578 WQH POR

NOTICE OF PARTY WITH FINANCIAL INTEREST

  Pursuant to Civil L.R. 40.2, and Federal Rule of Civil Procedure 7.1, Plaintiffs identify their parent corporations and any publicly held company or investment fund that owns 10% or more of any Plaintiff's stock.

  Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

  Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, a New York general partnership, which is not publicly traded.

  Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

  Plaintiff CAPITOL RECORDS, LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

  Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

  Plaintiff EMI CHRISTIAN MUSIC GROUP INC.'s ultimate parent is Maltby Capital Limited, which is not publicly traded.

  Plaintiff FONOVISA, INC. is a corporation owned by Univision Music LLC and Univision Music Group Mexico, S.A. de C.V. Univision Music LLC is owned by Univision Music Inc., a subsidiary of Univision Communications Inc.; and Diara Inc.

  Plaintiff LAFACE RECORDS LLC is a limited liability company owned by SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG, which is not publicly traded, and Sony Corporation, which is publicly traded in the United States.

  Plaintiff LAVA RECORDS LLC is a joint venture between Diamond Music LLC, which is not publicly traded, and Atlantic Recording Corporation, whose ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

  Plaintiff MAVERICK RECORDING COMPANY is a joint venture between SR/MDM Venture Inc., whose ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S., and Maverick Records LLC, which is not publicly traded.

| | |
|---|---|
| 1 | Plaintiff MOTOWN RECORD COMPANY, L.P.'s parent company is Vivendi S.A., a publicly held French company. |
| 3 | Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States. |

Plaintiff MOTOWN RECORD COMPANY, L.P.'s parent company is Vivendi S.A., a publicly held French company.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s ultimate parent is Maltby Capital Limited, which is not publicly traded.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff ZOMBA RECORDING LLC is a subsidiary of SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French company.

Dated: August 28, 2008

JONATHAN G. FETTERLY
HOLME ROBERTS & OWEN LLP

By: _____
Jonathan G. Fetterly
Attorney for Plaintiffs
ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; EMI CHRISTIAN MUSIC GROUP INC.; FONOVISA, INC.; LAFACE RECORDS LLC; LAVA RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; ZOMBA RECORDING LLC; and INTERSCOPE RECORDS